◎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

EEOC

V.

Helen Werman and
Kaufman Container

**JUDGMENT IN A CIVIL CASE**

Case Number:  06-3879 JNE/SRN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above entitled action be and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

|  |  |
|---|---|
| March 11, 2008 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/V. Moralez |
|  | (By)    V. Moralez,    Deputy Clerk |

Form Modified:  09/16/04